No. 903. JOSEPH F. GUFFEY ET AL., PETITIONERS, *v.* SUSANNAH SMITH ET AL. February 24, 1913. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Joseph W. Bailey, Mr. J. H. Beal, Mr. Levy Mayer* and *Mr. J. W. Moses* for the petitioners. *Mr. Jay A. Hindman, Mr. John W. Kern* and *Mr. Abram Simmons* for the respondent.

No. 947. MALLEABLE IRON RANGE COMPANY, PETITIONER, *v.* ARTHUR K. BECKWITH. February 24, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thos. A. Banning* and *Mr Arthur L. Morsell* for the petitioner. *Mr. Fred L. Chappell* for the respondent.

No. 957. FRED D. MAY ET AL., PETITIONERS, *v.* THE UNITED STATES. February 24, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. P. H. Cullen, Mr. Thos. T Fauntleroy* and *Mr. Shepard Barclay* for the petitioners. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 942. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY ET AL., PETITIONERS, *v.* THE UNITED STATES. March 3, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Cecil H. Smith* for the petitioners. *The Attorney General* for the respondent.